IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SARAH ALLMUBAREK,

        Plaintiff,

vs.

MARTIN O'MALLEY, Commissioner of Social Security,

        Defendant.

4:23-CV-3233

ORDER

IT IS ORDERED:

1. The defendant's motion to remand (filing 15) is granted.

2. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 12) is denied as moot.

4. A separate judgment will be entered.

Dated this 12th day of June, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge